# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0689
Lower Tribunal No. 24-563CA

_____

JESSIE JOSEPH,

Appellant,

v.

STATE OF FLORIDA and RICKY DIXON, SECRETARY, DEPARTMENT OF CORRECTIONS,

Appellees.

_____

Appeal from the Circuit Court for Charlotte County.
Geoffrey H. Gentile, Judge.

March 3, 2026

PER CURIAM.

AFFIRMED.

SMITH, MIZE and KAMOUTSAS, JJ., concur.


Jessie Joseph, Punta Gorda, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee, State of Florida.

No Appearance from Appellee, Ricky Dixon, Secretary, Department of Corrections.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED